| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>COUNTY OF SUFFOLK | Docket 21-CV- 2516 |

-------------------------------------------------------------------------x

PANTELIS CHRYSAFIS, BETTY S. COHEN, BRANDIE LACASSE, MUDAN SHI, FENG ZHOU, and RENT STABILIZATION ASSOCIATION OF NYC, INC.

                                   Petitioner,        **NOTICE OF APPEARANCE**

      -   against-

LAWRENCE K. MARKS, in his official capacity as Chief Administrative Judge of the Courts of New York State, ADRIAN H. ANDERSON, in his official capacity as Sheriff of Dutchess County, New York, JAMES DZURENDA, in his official capacity as Sheriff of Nassau County, New York, JOSEPH FUCITO, in his official capacity as Sheriff of New York City, New York, MARGARET GARNETT, in her official capacity as Commissioner of the New York City Department of Investigation, and CAROLINE TANG-ALEJANDRO, in her official capacity as Director, Bureau of Marshals, New York City Department of Investigation,

                                   Respondents.

-------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE,** that Defendant LAWRENCE K. MARKS, in his official capacity as Chief Administrative Judge of the Courts of New York State, hereby appears in the above-entitled action by and through his attorney, LETITIA JAMES, Attorney General of the State of New York, by Lori L. Pack, Assistant Attorney General, of counsel, and request that all communications be served upon her at the address listed below.

| | |
|---|---|
| Dated:  Hauppauge, New York<br>         May 9, 2020 | LETITIA JAMES<br>Attorney General of the State of New York<br>Attorney for Defendant Marks |
| By: | *Lori Pack*_____<br>LORI L.PACK<br>Assistant Attorney General<br>300 Motor Parkway, Suite 230<br>Hauppauge, New York 11788<br>Lori.Pack@ag.ny.gov<br>(631) 231-2424 |

TO: Gibson, Dunn & Crutcher LLP
      Attorneys for Plaintiffs
      200 Park Avenue
      New York, N.Y. 10166-0193