UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PANTELIS CHRYSAFIS, BETTY S.                 :
COHEN, BRANDIE LACASSE, MUDAN       :
SHI, FENG ZHOU, and RENT                       :
STABILIZATION ASSOCIATION OF NYC,  :
INC.,                                               :
       *Plaintiffs*,                                 :
                                                    :
     -against-                                   :
                                                    :
LAWRENCE K. MARKS, in his official         :
capacity as Chief Administrative Judge of the :
Courts of New York State, ADRIAN H.         :
ANDERSON, in his official capacity as Sheriff :    No. 2:21-cv-02516
of Dutchess County, New York, JAMES         :
DZURENDA, in his official capacity as         :
Sheriff of Nassau County, New York, JOSEPH :
FUCITO, in his official capacity as Sheriff of  :
New York City, New York, MARGARET         :
GARNETT, in her official capacity as           :
Commissioner of the New York City            :
Department of Investigation, and CAROLINE :
TANG-ALEJANDRO, in her official capacity  :
as Director, Bureau of Marshals, New York   :
City Department of Investigation,             :
                                                    :
       *Defendants.*                           :
------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF AKIVA SHAPIRO IN FURTHER SUPPORT OF PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION**

       I, Akiva Shapiro, hereby declare as follows:

       1.       I am a member of the bar of this Court and a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel to Plaintiffs Pantelis Chrysafis, Betty S. Cohen, Brandie LaCasse, Mudan Shi, Feng Zhou, and Rent Stabilization Association of NYC, Inc. I submit this supplemental declaration in further support of Plaintiffs' Application for a Preliminary Injunction.

2.       Attached hereto as Exhibit 1 is a true and correct copy of a press release titled "Governor Cuomo Announces New York State to Adopt New CDC Guidance on Mask Use and Social Distancing for Fully Vaccinated Individuals," dated May 17, 2021.

3.       Attached hereto as Exhibit 2 is a true and correct copy of an article titled "NY To Launch Pandemic Rent Relief Program On June 1" from Law360, dated May 25, 2021.

4.       Attached hereto as Exhibit 3 is a true and correct copy of the Updated Operating Protocols of the State of New York Unified Court System, effective May 24, 2021.

5.       I declare under penalty of perjury that the foregoing is true and correct.

3

Executed this 26th day of May 2021 in New York, New York.

*/s/ Akiva Shapiro*
Akiva Shapiro