| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: GARY R. BROWN<br>       U.S. DISTRICT JUDGE | DATE:  6/1/2021<br>TIME: 10:16 a.m. -  4:15<br>Court Reporters: Paul Lombardi,<br>                      Mary Ann Steiger |

CASE:  **CV 21-02516 (GRB)(AYS) Chrysafis et al. v. Marks et al.**

TYPE OF CONFERENCE:   EVIDENTIARY HEARING

APPEARANCES:   Plaintiffs:   Akiva Shapiro, Jessica C. Benvenisty, Lauren Kobrick Myers, Randy M. Mastro
(For Plaintiffs Pantelis Chrysafis, Betty S. Cohen, Brandie LaCasse, Mudan Shi, Feng Zhou, Rent Stabilization Association of NYC, Inc.)

Edward J. Josephson, Ellen Beth Davidson
(For Plaintiff:  Housing Court Answers and Make the Road New York)

Defendants:   Kimberly Ann Kinirons, Lori L. Pack, Susan M. Connelly
(For Defendant Lawrence K. Marks)

Kimberly Hunt Lee
(For Defendant Adrian H. Anderson)

Lauren R. Kretzing, Ian Bergstrom, I
(For Defendant James Dzurenda)

Rachel Kane Moston, Yungbi Ann Jang
(For Defendant Joseph Fucito, Margaret Garnett and Caroline Tang-Alejandro)

- ☒ Case called.
- ☒ Counsel for all sides present Choose an item..
- ☒ Hearing held by video
  - ☒ Hearing held regarding: Preliminary Injunction
- ☐ Motion in limine by _____ argued.
  The Court rules on the motion as follows:
  - ☐ Choose an item..
  - ☐ Other:
- ☐ Agreement to enter exhibits ____ into evidence. Request granted, exhibits in evidence.
- ☒ Hearing begins, Choose an item.
- ☒ Witness(es) sworn, testimony heard.
- ☐ Choose an item. to resume on: _____.
- ☒ Closing arguments heard
- ☒ Hearing concluded.

☐ Ruling on the record as follows:

☐ Decision Reserved, motion briefing set as follows:

☒ Other discussions held:  Case stayed as to Defendants Anderson, Duzrenda, Fucito, Garnett, and Tang-Alejandro.

\*\*Parties wishing to obtain a copy of the transcript of these proceedings are directed to contact the Court Reporter noted above. If there is no Court Reporter noted the proceedings were recorded electronically and the parties should contact the Central Islip ESR department 631-712-6030.\*\*