GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

June 14, 2021

VIA ECF

The Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, New York 11722

Re: *Chrysafis et al. v. Marks et al.*, No. 2:21-cv-02516-GRB-AYS

Dear Judge Brown:

I write as counsel for Plaintiffs in the above-captioned action. In light of the Court's finding that Property-Owner Plaintiffs have demonstrated that they will suffer irreparable harm in the absence of preliminary injunctive relief from CEEFPA, *see* Dkt. 74 at 10–12, as well as for all the reasons stated in prior briefing and at the June 1, 2021 evidentiary hearing, and on the full record of proceedings, Plaintiffs intend to file an emergency motion for an injunction pending appeal in the Second Circuit as to their claims against Defendant Marks, barring enforcement of CEEFPA Part A during the pendency of this appeal.[1] Pursuant to Federal Rule of Civil Procedure 62 and Federal Rule of Appellate Procedure 8(a)(1)(C), Plaintiffs hereby present that motion to this Court in the first instance. Should the Court desire formal motion practice, Plaintiffs are prepared to file papers on an expedited basis and will waive reply. As an alternative to formal briefing, Plaintiffs respectfully ask this Court to accept this submission as Plaintiffs' letter-motion for an injunction pending appeal, and to enter an expedited ruling based on the parties' prior submissions.

Pursuant to Local Rule 37.3 and Rule II(e)(1) of Your Honor's Individual Practice Rules, we have met and conferred with counsel for Defendant Marks, who has informed us that Defendant Marks does not consent to the request for an injunction pending appeal and requests a reasonable opportunity to respond to this application.

As always, we thank the Court for its consideration.

Respectfully,

*/s/ Randy M. Mastro*

Randy M. Mastro

cc: All counsel of record (via ECF)

---

[1] Plaintiffs do not seek an emergency injunction pending appeal as to the Court's order dismissing the Sheriffs and City Defendants from this action. *See* Dkt. 74 at 24.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.