E.D.N.Y. – C. Islip
21-cv-2516
Brown, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of July, two thousand twenty-one.

Present:
    Susan L. Carney,
    Richard J. Sullivan,
    William J. Nardini,
        *Circuit Judges*.

Pantelis Chrysafis, et al.,

    *Plaintiff-Appellants*,

Housing Court Answers, et al.,

    *Plaintiffs*,

v.                                                                                      21-1493

Lawrence K. Marks, in his official capacity as
Chief Administrative Judge of the Courts of
New York State, et al.,

    *Defendants-Appellees*.

Appellants move for an emergency injunction pending appeal. Upon due consideration, it is hereby ORDERED that the Appellants' motion for an injunction pending appeal is DENIED because the Appellants have failed to meet the requisite standard. *See In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007); *see also Respect Maine PAC v. McKee*, 562 U.S. 996, 996 (2010).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 07/26/2021