2581-227/dmf

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PANTELIS CHRYSAFIS, BETTY COHEN, BRANDIE
LACASSE, MUDAN SHI, FENG ZHOU, and RENT
STABILIZATION ASSOCIATION OF NYC, INC.,

                            Plaintiffs,

    -against-

LAWRENCE K. MARKS, in his official capacity as Chief
Administrative Judge of the Courts of New York State,

                            Defendants.
------------------------------------------------------------------x

**AFFIDAVIT**

2:21-cv02516(GRB)(AYS)

STATE OF NEW YORK    )
                             ) SS:
COUNTY OF DUTCHESS  )

      KIMBERLY HUNT LEE, being duly sworn, deposes and says:

      1.     I am of member of the firm McCabe & Mack LLP, attorneys for the defendant, Adrian H. Anderson. I submit this affidavit in response to the court order dated October 18, 2021 concerning certain assertions in the Declaration of Brandie LaCasse.

      2.     Annexed to this affidavit are true and accurate copies of the following documents:

| | |
|---|---|
| **Exhibit A** | Summons and Complaint - Dutchess County Supreme Court |
| **Exhibit B** | Order to Show Cause - Dutchess County Supreme Court |
| **Exhibit C** | Short Form Order signed by Judge Greenwald |
| **Exhibit D** | Grieb Affidavit |

2581-227/dmf

**Exhibit E**    Letter-Amended Warrant of Ejectment

_____
Kimberly Hunt Lee (0192)

Sworn to before me this
27th day of October, 2021.

_____
Notary Public

DONNA M. FELLER
Notary Public, State of New York
Qualified in Dutchess County
Registration No. 4954999
Commission Expires Aug. 28, 2025