UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

PANTELIS CHRYSAFIS, BETTY S. COHEN, BRANDIE LACASSE, MUDAN SHI, FENG ZHOU, and RENT STABILIZATION ASSOCIATION OF NYC, INC.,

    *Plaintiffs*,

-against-

LAWRENCE K. MARKS, in his official capacity as Chief Administrative Judge of the Courts of New York State,

    *Defendant*.

-----------------------------------------------------------x

No. 21-CV-02516 (GRB)

## **RULE 41(a)(1) NOTICE OF DISMISSAL BY PLAINTIFF BETTY S. COHEN**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Betty S. Cohen, by her undersigned attorneys, hereby gives notice that her claims in the above-captioned action are voluntarily dismissed. This notice does not dismiss claims asserted by any other Plaintiff in this action.

Dated: New York, New York
October 31, 2021

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Randy M. Mastro*
    Randy M. Mastro
    Akiva Shapiro
    Jessica Benvenisty
    William J. Moccia
    Lauren Myers

    200 Park Avenue, 47th Floor
    New York, NY 10166-0193
    Telephone: (212) 351-4000
    RMastro@gibsondunn.com
    AShapiro@gibsondunn.com

*Attorneys for Plaintiffs*