

199 Water Street
New York, NY 10038
(212) 577-3300
www.legal-aid.org

John K. Carroll
*President*

Janet E. Sabel
*Attorney-in-Chief*
*Chief Executive Officer*

Adriene L. Holder
*Attorney-in-Charge*
*Civil Practice*

November 1, 2021

Hon. Gary Brown
U.S. District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, New York 11722

      Re: *Chrysafis v. Marks*, 21-cv-2516

Your Honor:

      In response to Plaintiffs' letter, Docket No. 114, the Proposed Intervenors wish to clarify that if their motion is granted, we propose to call only three witnesses: one from each intervening organization, and one representative tenant, whose names would be disclosed tomorrow in accordance with the parties' existing schedule. We believe our participation will not unduly prolong or delay the proceeding, but rather add a point of view not included in the prior hearing in this matter.

      Thank you for your consideration.

      Yours truly,

      Edward Josephson
      Supervising Attorney
      The Legal Aid Society, Law Reform Unit

**Justice in Every Borough.**