# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Randy M. Mastro
Direct: +1 212.351.3825
Fax: +1 212.351.5219
RMastro@gibsondunn.com

November 2, 2021

<u>VIA ECF</u>

The Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, New York 11722

Re:     *Chrysafis et al. v. Marks et al.*, No. 2:21-cv-02516-GRB-AYS

Dear Judge Brown:

I write as Plaintiffs' counsel to request that one of my clients, Plaintiff Pantelis Chrysafis, be allowed to testify by Zoom at the November 8 preliminary injunction hearing.  Because of Mr. Chrysafis's severe depression and anxiety, he largely stays where he currently resides and, therefore, has asked to testify by Zoom so that he does not need to travel.  We therefore respectfully request that the Court authorize this limited remote testimony so that Mr. Chrysafis may be heard while also accommodating his mental health condition, which he previously described to the Court in his declaration filed on October 15.  *See* Dkt. 89 ¶ ¶ 2, 17.  All other witnesses will still appear in person.

We have conferred with counsel for Defendant Marks, and they do not object to this request.

We thank the Court for its consideration.

Respectfully,

*/s/ Randy M. Mastro*
Randy M. Mastro
cc: All counsel of record (via ECF)