

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SUFFOLK REGIONAL OFFICE

December 20, 2021

The Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

Re: *Chrysafis v. Marks,* No. 2:21-cv-2516 (E.D.N.Y.) (GRB) (AYS)

Dear Judge Brown:

This letter is submitted on behalf of the Honorable Lawrence K. Marks, in further response to the Court regarding the Plaintiffs' application seeking an emergency injunction pending appeal of your Honor's Memorandum and Order filed November 29, 2021.

A responsive letter was filed with the Court concerning the application. Since the drafting of that letter, and in further contemplation of the Court's deferral of the plaintiffs' letter application, counsel for the parties met and conferred regarding the issue. Unless the Court wishes a full motion and briefing on the application, the parties wish to stand on their letter submissions for the Court's determination.

Thank you for your consideration of this matter.

Very truly yours,

*Susan M. Connolly*
SUSAN M. CONNOLLY
Assistant Attorney General

cc: counsel via ecf