# MANDATE

E.D.N.Y. – C. Islip
21-cv-2516
Brown, J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of Feburary, two thousand twenty-two.

Present:
      Jon O. Newman,
      José A. Cabranes,
      Richard C. Wesley,
          *Circuit Judges*.

---

Pantelis Chrysafis, et al.,

      *Plaintiffs-Appellants*,

Betty S. Cohen, et al.,

      *Plaintiffs*,

      v.        22-3

Lawrence K. Marks, in his official capacity as
Chief Administrative Judge of the Courts of
New York State,

      *Defendant-Appellee*,

Adrian H. Anderson, in his official capacity as
Sheriff of Dutchess County, New York, et al.,

      *Defendants*.

---

Appellants move to dismiss the appeal and vacate the District Court's order from which the appeal was taken. Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED as moot. *See Westchester v. U.S. Dep't of Hous. & Urb. Dev.*, 778 F.3d 412, 416 (2d Cir. 2015) ("An action not moot at its inception can become moot on appeal if an event occurs during the

course of the proceedings or on appeal that makes it impossible for the court to grant any effectual relief whatever to a prevailing party." (citation and punctuation omitted)).

It is further ORDERED that the motion to vacate the District Court's order is GRANTED and the case is REMANDED to the District Court with instructions that it be dismissed as moot. *United States v. Munsingwear*, 340 U.S. 36, 39 (1950).

                    FOR THE COURT:
                    Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2